# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO
_____

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.                                           **Cr. No. 99-164 JP**

AUREO LUIS RONQUILLO and
ARMANDO PALOMINO,

        **Defendants.**

## MEMORANDUM OPINION AND ORDER

At a motion hearing held May 27, 1999, Dennis Montoya represented Armando Palomino, Joe Romero represented Aureo Luis Ronquillo, and David Williams represented the United States.

Defendant Ronquillo withdrew his motion to sever (Doc. No. 41) but may resubmit it at a later time if he obtains the necessary affidavit. I denied Defendant Ronquillo's motion requesting disclosure of confidential informants (Doc. No. 42) but stated that he may renew his motion if he is able to come forward with a more concrete reason why the identity of the confidential informant is essential to the preparation of his defense.

IT IS THEREFORE ORDERED that:

(1)    Defendant Ronquillo's motion to sever (Doc. No. 41) is DENIED; and

(2)    Defendant Ronquillo's motion requesting disclosure of confidential informants (Doc. No. 42) is DENIED.

_____
**UNITED STATES DISTRICT JUDGE**